# Order

Michigan Supreme Court
Lansing, Michigan

December 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137724

JESSE ANTHONY COLLINS,

     Plaintiff-Appellant,

v

                                         SC: 137724

                                         CoA: 286402

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

       On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of November 25, 2008, the Clerk of the Court is hereby directed to close this file.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2008                                                         

Clerk

jm